UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:22-mj-04088-Louis

**UNITED STATES OF AMERICA**

vs.

**ANKO BLASCO BOUTENS,**

  **Defendant.**
                                            /

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _x_  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  _x_  No

                    Respectfully submitted,

                    JUAN ANTONIO GONZALEZ
                    UNITED STATES ATTORNEY

BY:  *Alexandra Comolli*
     ALEXANDRA D. COMOLLI
     ASSISTANT UNITED STATES ATTORNEY
     Court ID No. A5502803
     99 NE 4th Street
     Miami, Florida 33132-2111
     Tel (305) 961-9040
     Fax (305) 530-7976
     Alexandra.Comolli@usdoj.gov

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANKO BLASCO BOUTENS,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:22-mj-04088-Louis

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 7, 2022, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, ANKO BLASCO BOUTENS, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551") and Social Security card, which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about December 7, 2022, the defendant, ANKO BLASCO BOUTENS, arrived at Miami International Airport aboard Air Europa Flight #97 from Madrid, Spain. At CBP primary, the defendant presented a Spanish passport for an examination and entry into the United States. Because Spain is a visa waiver country, the defendant did not need to present a U.S. visa for entry. The defendant was referred to secondary inspection for admissibility verification. During an examination of the defendant's luggage, CBP Officers discovered a counterfeit I-551 card and social security card in the defendant's name. The I-551 card bore the defendant's date of birth. A records check of the I-551 card number revealed that the number did not exist and the social security card number belonged to a United States citizen and was missing several security features. During a secondary interview, the defendant admitted that he paid $130.00 for the I-551 card and social security card.

NARCISO FERNANDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Attested to in accordance with the
Requirements of Fed. R. Crim. P. 4.1
By FaceTime, this 9th day of December, 2022.

DECEMBER 9, 2022          at        Miami, Florida
Date                                 City and State

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer